UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAURYS HERNANDEZ,<br><br>                              Movant,<br><br>           -against-<br><br>UNITED STATES OF AMERICA,<br><br>                              Respondent. | 19-CR-323-6 (JSR)<br><br>23-CV-7775 (JSR) (OTW)<br><br>**SCHEDULING ORDER** |

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Respondent's letter (ECF 187) responding to the Court's April 16, 2024 Order to Show Cause (ECF 186). Movant, Mr. Hernandez, is directed to file a letter response **by Monday, May 27, 2024**, addressing only one argument raised by Respondent: that Movant's response is untimely, as it was filed more than one year after the Supreme Court's June 21, 2022 decision in *United States v. Taylor*, 142 S. Ct. 2015 (2022). (*See* ECF 186 at 4–6).

The Clerk of Court is respectfully directed to serve a copy of this order and ECF 187 on *pro se* incarcerated Movant.

All papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

**SO ORDERED.**

Dated: April 29, 2024
       New York, New York

_/s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge