UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAURYS HERNANDEZ,<br><br>                    Movant,<br><br>     -against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | 19-CR-323-6 (JSR)<br><br>23-CV-7775 (JSR) (OTW)<br><br>**ORDER** |

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 189, in which Movant, Mr. Hernandez, seeks an opportunity to respond to the other arguments (beyond equitable tolling) made in Respondent's response at ECF 187. Movant's request is **GRANTED**. Accordingly, Movant is directed to file his response to ECF 187 by **Friday, July 26, 2024**.

The Clerk of Court is respectfully directed to serve a copy of this Order on *pro se* incarcerated Movant.

All papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

**SO ORDERED.**

Dated: June 20, 2024　　　　　　　　　　　　　　　　　　　／s／ *Ona T. Wang*
　　　　New York, New York　　　　　　　　　　　　　　　　**Ona T. Wang**
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge